IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA HUFFMAN, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 05-1205-CV-W-GAF ) |
| AUTOMATIC DATA PROCESSING, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff's attorney, Mr. Bret D. Landrith, was disbarred from practicing before this Court on February 28, 2006. Accordingly, it is

ORDERED that plaintiff retain new counsel within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to plaintiff at 122 Vista View, Ozawkie, KS 66070, via certified mail, return receipt requested.

        /s/ Gary A. Fenner
        GARY A. FENNER, JUDGE
        United States District Court

DATED: March 1, 2006