IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-01205GAF |
| v. | ) ) | |
| AUTOMATIC DATA PROCESSING, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR STAY OF PROCEEDINGS

Pursuant to Fed. R. Civ. P. 6(b), Defendants Fidelity Distributors, Inc., Fidelity Management & Research Company, Fidelity Investments Institutional Operations Company, Inc., and Fidelity Management Trust Company (hereinafter collectively, "Fidelity Defendants") hereby move to stay these proceedings until further order of this Court. Fidelity Defendants also request a scheduling conference, if plaintiff were to retain new counsel in this action. In support of this motion:

1. On November 30, 2005, plaintiff Donna Huffman (hereinafter, "Huffman") filed the Complaint in this case.

2. On January 19, 2006, the undersigned counsel for Fidelity Defendants contacted Bret Landrith, then counsel for Huffman, and requested Mr. Landrith's consent to a motion for an extension of time to April 1, 2006 to respond to the Complaint. At the time of the call, the undersigned counsel was not aware of the proceedings which eventually resulted in the disbarment of Mr. Landrith.

3. In its Order, dated March 1, 2006, this Court notified the parties that Mr. Landrith had been disbarred on February 28, 2006 and ordered that "plaintiff retain new counsel within thirty (30) days of the date of this Order."

4. Because of the uncertainty brought about by Mr. Landrith's disbarment, the Fidelity Defendants request that this matter be stayed and that the Court hold a scheduling conference by telephone, if Huffman were to retain new counsel as the Court has required.

5. The Fidelity Defendants would like the opportunity to meet with any new counsel to discuss an orderly briefing schedule on a motion to dismiss and other case management issues.

6. The requested stay will not unduly delay this action.

7. The Fidelity Defendants reserve all defenses available to them, which will be asserted in responsive pleadings as required by the Federal Rules of Civil Procedure.

For these reasons, Fidelity Defendants respectfully request that the Court stay these proceedings until further order and that the Court hold a scheduling conference by telephone, if Huffman were to retain new counsel.

Respectfully submitted,

By: */s/ James D. Griffin*
James D. Griffin      MO#: 33370
BLACKWELL SANDERS PEPER MARTIN, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone:   (816) 983-8000
Facsimile:   (816) 983-8080
*Attorneys for Defendants*
*Fidelity Distributors, Inc.*
*Fidelity Management & Research Company*
*Fidelity Investments Institutional Operations Company, Inc.*
*Fidelity Management Trust Company*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 7th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Daniel Bukovac
Stinson Morrison Hecker LLP
1201 Walnut Street, 25th Floor
Kansas City, Missouri 64106
*Attorneys for Defendants*
*Automatic Data Processing, Inc.*
*ADP, Inc.*
*ADP Broker-Dealer, Inc.*
*ADP Investor Communication Services, Inc.*
*Arthur F. Weinbach*
*James P. Blake*
*Russell P. Fradin*

I further certify that the foregoing was served by certified mail, return receipt requested, upon:

Donna C. Huffman
122 Vista View
Ozawkie, Kansas 66070

              */s/James D. Griffin*
              Attorney for Fidelity Defendants