IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA HUFFMAN, Individually, and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AUTOMATIC DATA PROCESSING, INC., et al., )<br><br>Defendants. ) | Case No. 05-1205-CV-W-GAF |

## ORDER GRANTING MOTON FOR STAY OF PROCEEDINGS

Now pending before the Court is defendants Fidelity Distributors, Inc., Fidelity Management & Research Company, Fidelity Investments Institutional Operations Company, Inc. and Fidelity Management Trust Company's Motion for Stay of Proceedings. For good cause shown, it is

ORDERED that the above matter is stayed until April 1, 2006.

IT IS FURTHER ORDERED that upon plaintiff's new counsel filing an entry of appearance, the parties are to file a new proposed scheduling order within ten (10) days of the date of said entry of appearance being filed.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: March 8, 2006