IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA HUFFMAN<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>          Plaintiff.<br><br>v.<br><br>AUTOMATIC DATA PROCESSING,<br>INC., et al.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-1205<br>)<br>)<br>)<br>)<br>) |

## ORDER

      Presently before the Court is a Motion to Amend Complaint and Correct Possible Errors Through New Counsel filed by Plaintiff Donna Huffman ("Huffman"). (Doc. #71). Huffman has filed this Motion asking that the Court allow her to prospectively amend her Complaint to remedy any "errors" that her new, as yet unretained, counsel may find. Id. Huffman has not attached an Amended Complaint nor has she specifically informed the Court of the purported amendments to her Complaint. Id. The Defendants have not responded to this Motion.

      The Court recognizes Huffman's diligence in pursuing her claim; however, the Court finds that this Motion has been filed prematurely. After Huffman retains new counsel and her new counsel has the opportunity to review the present Complaint and draft an Amended Complaint, a motion for leave to file an amended complaint may be filed. The Court is unable to determine the propriety of allowing Huffman to file an amended Complaint without knowing the specifics of her purported

amendments. Accordingly, Huffman's Motion is DENIED without prejudice to her filing a future motion to file an amended complaint.

**IT IS SO ORDERED.**

<u>/s/ Gary A. Fenner</u>
GARY A. FENNER, JUDGE
 United States District Court

DATED:   May 10, 2006