IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-01205GAF |
| v. | ) ) | |
| AUTOMATIC DATA PROCESSING, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## SECOND JOINT MOTION FOR EXTENSION OF STAY AND OTHER DEADLINES

Plaintiff Donna Huffman ("Huffman"), Defendants Fidelity Distributors, Inc., Fidelity Management & Research Company, Fidelity Investments Institutional Operations Company, Inc., Fidelity Management Trust Company, and Edward C. Johnson (hereinafter collectively, "Fidelity Defendants"), Defendants Automatic Data Processing, Inc., ADP, Inc., ADP Broker-Dealer, Inc., ADP Investor Communication Services, Inc., Arthur F. Weinbach, James P. Blake and Russell P. Fradin (hereinafter collectively, "ADP Defendants") and Defendants Fidelity Advisor Asset Allocation, Fidelity Advisor Balanced, Fidelity Advisor Biotechnology, Fidelity Advisor Consumer Indst, Fidelity Cyclical Indst, Fidelity Advisor Developing Comm, Fidelity Advisor Diversified Intl, Fidelity Advisor Dividend Growth, Fidelity Advisor Dynamic Cap App, Fidelity Advisor Electronics, Fidelity Advisor Emerg Mkts Inc, Fidelity Advisor Emerging Asia, Fidelity Advisor Equity Growth, Fidelity Advisor Equity Income, Fidelity Advisor Equity Value, Fidelity Advisor Europe Cap Apprec, Fidelity Advisor Fifty, Fidelity Advisor Financial Svc, Fidelity Advisor Float Rate Hi Inc, Fidelity Advisor Global Equity, Fidelity Advisor Govt Investment, Fidelity Advisor Growth & Income, Fidelity Advisor Growth Opport, Fidelity Advisor Health Care, Fidelity Advisor High Inc Advant, Fidelity Advisor High Income, Fidelity

Advisor Interm Bond, Fidelity Advisor Intl Capital App, Fidelity Advisor Japan, Fidelity Advisor Korea, Fidelity Advisor Large Cap, Fidelity Advisor Latin America, Fidelity Advisor Leveraged Co Stk, Fidelity Advisor Mid Cap, Fidelity Advisor Mortgage Secs, Fidelity Advisor Municipal Inc, Fidelity Advisor Natural, Fidelity Advisor Overseas, Fidelity Advisor Real Estate, Fidelity Advisor Short Fixed-Inc, Fidelity Advisor Small Cap, Fidelity Advisor Strat Gr, Fidelity Advisor Strategic Income, Fidelity Advisor Technology, Fidelity Advisor Telecomm & Util Gr, Fidelity Advisor Value Strat, Fidelity Floating Rate High Income (hereinafter collectively, "Fund Defendants") hereby jointly move this Court (1) to extend, up to and including June 30, 2006, the stay of this action; (2) to extend, up to and including June 30, 2006, the time for Huffman to retain new counsel; (3) to extend, up to and including July 12, 2006, or ten days after Huffman's new counsel files an entry of appearance, the time for the parties to file a proposed scheduling order; and (4) to extend, up to and including July 12, 2006, the time for the Fidelity Defendants, the ADP Defendants and the Fund Defendants to answer, move or otherwise respond to the Complaint. In support of this motion, the moving parties state as follows:

1. On November 30, 2005, Huffman filed the Class Action Complaint for Violations of Federal Securities and Antitrust Laws ("Complaint"), commencing this action; Bret D. Landrith signed the Complaint as the attorney for Huffman.

2. On January 23, 2006, the ADP Defendants filed a motion for an extension of time, up to and including April 1, 2006, to answer, move or otherwise respond to the Complaint; on January 23, 2006, the Court granted the ADP Defendants' motion.

3. In its Order, dated March 1, 2006, this Court notified the parties that Mr. Landrith had been disbarred on February 28, 2006 and ordered that "plaintiff retain new counsel within thirty (30) days of the date of this Order."

4. On March 7, 2006, the Fidelity Defendants filed a motion to stay because of the uncertainty brought about by Mr. Landrith's disbarment, and the ADP Defendants joined in their motion; on March 8, 2006, the Court granted a stay until April 1, 2006, and ordered the parties to file a joint proposed scheduling order within ten days of the date that Huffman's new counsel files an entry of appearance.

5. On March 23, 2006, the moving parties filed a Joint Motion for Extension of Stay and Other Deadlines. On March 24, 2006, the Court issued its Order Granting Joint Motion for Extension of Stay and Other Deadlines (a) extending the stay to June 1, 2006, (b) extending the deadline for Huffman to retain new counsel to June 1, 2006, (c) extending the deadline for the parties' proposed scheduling order to June 12, 2006, or ten days after Huffman's new counsel files an entry of appearance and (d) extending the deadline for the Fidelity defendants (except Edward C. Johnson) and the ADP defendants to answer or otherwise respond to the Complaint to June 12, 2006. On April 13 and April 18, 2006, the Court granted similar motions filed by defendant Edward C. Johnson and the Fund Defendants, respectively.

6. On March 23, 2006, respective counsel for the Fidelity Defendants and the ADP Defendants provided documents and other information to Huffman related to this action, and Huffman requested additional information.

7. On April 18, 2006, Huffman filed the "Amended Complaint and Correct Possible Errors Through New Counsel" ("Huffman's Motion to Amend") that, inter alia,

3

"moves this Court to find good cause to allow the Plaintiff to correct any errors and amend the complaint through new counsel without penalty . . ."

8. Huffman requested that the Fidelity Defendants and the ADP Defendants provide her with additional documents and information by a certain date, informing their respective counsel in advance that her review would be significantly delayed if the documents and information were not provided by that date. In particular, Huffman informed defense counsel that conflicts in her schedule would make her unavailable to complete her review for approximately three weeks if the Fidelity Defendants and the ADP Defendants did not provide the documents and information by the date that she had requested. Fidelity Defendants and the ADP Defendants, however, were unable to provide the requested documents and information by the date requested. Consequently, Huffman needs additional time to evaluate the documents and information in advance of the Court's deadlines for Huffman to retain new counsel and for Huffman and the other parties to file a proposed scheduling order.

9. For similar reasons, the Fidelity Defendants, the ADP Defendants and the Fund Defendants need additional time to respond to the Complaint; these defendants respectfully suggest that they should not be required to begin preparation of their responsive pleadings or motions before they know whether Huffman will retain new counsel.

10. Huffman, the Fidelity Defendants, the ADP Defendants and the Fund Defendants are jointly seeking the extension of the stay and the other extensions of time sought in this motion; those extensions will not unduly delay this action.

4

For these reasons, the Parties respectfully request that the Court (1) extend, up to and including June 30, 2006, the stay of this action; (2) extend, up to and including June 30, 2006, the time for Huffman to retain new counsel; (3) extend, up to and including July 12, 2006 or ten days after Huffman's new counsel files an entry of appearance, the time for the parties to file a proposed scheduling order; and (4) extend, up to and including July 12, 2006, the time for the Fidelity Defendants, the ADP Defendants and the Fund Defendants to answer, move or otherwise respond the Complaint.

Respectfully submitted,

By: ___/s/Donna Huffman_____
PLAINTIFF DONNA HUFFMAN, pro se

BLACKWELL SANDERS PEPER MARTIN, LLP

By: ___/s/ James D. Griffin_____
    James D. Griffin  MO Bar #: 33370
    4801 Main Street, Suite 1000
    Kansas City, Missouri  64112
    Telephone:   (816) 983-8000
    Facsimile:   (816) 983-8080

ATTORNEYS FOR DEFENDANTS
FIDELITY DISTRIBUTORS, INC., FIDELITY
MANAGEMENT & RESEARCH COMPANY,
FIDELITY INVESTMENTS INSTITUTIONAL
OPERATIONS COMPANY, INC.,
FIDELITY MANAGEMENT TRUST COMPANY AND
EDWARD C. JOHNSON

STINSON MORRISON HECKER LLP

By: ___/s/Daniel Bukovac_____
    Daniel Bukovac    MO Bar #33456
    1201 Walnut Street, 25th Floor
    Kansas City, Missouri 64106
    Telephone:  (816) 842-8600
    Facsimile:  (816) 691-3495

ATTORNEYS FOR DEFENDANTS
AUTOMATIC DATA PROCESSING, INC.,
ADP, INC., ADP BROKER-DEALER, INC., ADP
INVESTOR COMMUNICATION SERVICES, INC.,
ARTHUR F. WEINBACH, JAMES P. BLAKE AND
RUSSELL P. FRADIN

SHUGHART THOMSON & KILROY, P.C.

By: _/s/R. Lawrence Ward_
    R. Lawrence Ward    MO Bar #17343
    James M. Humphrey  MO Bar #50200
    Twelve Wyandotte Plaza, Suite 1700
    120 W. 12th Street
    Kansas City, MO 64105
    Telephone: (816) 421-3355
    Facsimile: (816 374-0509

ATTORNEYS FOR DEFENDANTS
FIDELITY ADVISOR ASSET ALLOCATION, FIDELITY ADVISOR BALANCED, FIDELITY ADVISOR BIOTECHNOLOGY, FIDELITY ADVISOR CONSUMER INDST, FIDELITY CYCLICAL INDST, FIDELITY ADVISOR DEVELOPING COMM, FIDELITY ADVISOR DIVERSIFIED INTL, FIDELITY ADVISOR DIVIDEND GROWTH, FIDELITY ADVISOR DYNAMIC CAP APP, FIDELITY ADVISOR ELECTRONICS, FIDELITY ADVISOR EMERG MKTS INC, FIDELITY ADVISOR EMERGING ASIA, FIDELITY ADVISOR EQUITY GROWTH, FIDELITY ADVISOR EQUITY INCOME, FIDELITY ADVISOR EQUITY VALUE, FIDELITY ADVISOR EUROPE CAP APPREC, FIDELITY ADVISOR FIFTY, FIDELITY ADVISOR FINANCIAL SVC, FIDELITY ADVISOR FLOAT RATE HI INC, FIDELITY ADVISOR GLOBAL EQUITY, FIDELITY ADVISOR GOVT INVESTMENT, FIDELITY ADVISOR GROWTH & INCOME, FIDELITY ADVISOR GROWTH OPPORT, FIDELITY ADVISOR HEALTH CARE, FIDELITY ADVISOR HIGH INC ADVANT, FIDELITY ADVISOR HIGH INCOME, FIDELITY ADVISOR INTERM BOND, FIDELITY ADVISOR INTL CAPITAL APP, FIDELITY ADVISOR JAPAN, FIDELITY ADVISOR KOREA, FIDELITY ADVISOR LARGE CAP, FIDELITY ADVISOR LATIN AMERICA, FIDELITY ADVISOR LEVERAGED CO STK, FIDELITY ADVISOR MID CAP, FIDELITY ADVISOR MORTGAGE SECS, FIDELITY ADVISOR MUNICIPAL INC, FIDELITY ADVISOR NATURAL, FIDELITY ADVISOR OVERSEAS, FIDELITY ADVISOR REAL ESTATE, FIDELITY ADVISOR SHORT FIXED-INC, FIDELITY ADVISOR SMALL CAP, FIDELITY ADVISOR STRAT GR, FIDELITY ADVISOR STRATEGIC INCOME, FIDELITY ADVISOR TECHNOLOGY, FIDELITY ADVISOR TELECOMM & UTIL GR, FIDELITY ADVISOR VALUE STRAT, FIDELITY FLOATING RATE HIGH INCOME

6

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>James D. Griffin
>BLACKWELL SANDERS PEPER MARTIN, LLP
>4801 Main Street, Suite 1000
>Kansas City, Missouri  64112
>
>*Attorneys for Defendants*
>*Fidelity Distributors, Inc.*
>*Fidelity Management & Research Company*
>*Fidelity Investments Institutional Operations Company, Inc.*
>*Fidelity Management Trust Company, and Edward C. Johnson*
>
>R. Lawrence Ward     MO Bar #17343
>James M. Humphrey   MO Bar #50200
>SHUGHART THOMSON & KILROY, P.C.
>Twelve Wyandotte Plaza, Suite 1700
>120 W. 12th Street
>Kansas City, MO  64105
>
>*Attorneys for Defendants*
>*Fidelity Advisor Asset Allocation, Fidelity Advisor Balanced, Fidelity Advisor Biotechnology, Fidelity Advisor Consumer Indst, Fidelity Cyclical Indst, Fidelity Advisor Developing Comm, Fidelity Advisor Diversified Intl, Fidelity Advisor Dividend Growth, Fidelity Advisor Dynamic Cap App, Fidelity Advisor Electronics, Fidelity Advisor Emerg Mkts Inc, Fidelity Advisor Emerging Asia, Fidelity Advisor Equity Growth, Fidelity Advisor Equity Income, Fidelity Advisor Equity Value, Fidelity Advisor Europe Cap Apprec, Fidelity Advisor Fifty, Fidelity Advisor Financial Svc, Fidelity Advisor Float Rate Hi Inc, Fidelity Advisor Global Equity, Fidelity Advisor Govt Investment, Fidelity Advisor Growth & Income, Fidelity Advisor Growth Opport, Fidelity Advisor Health Care, Fidelity Advisor High Inc Advant, Fidelity Advisor High Income, Fidelity Advisor Interm Bond, Fidelity Advisor Intl Capital App, Fidelity Advisor Japan, Fidelity Advisor Korea, Fidelity Advisor Large Cap, Fidelity Advisor Latin America, Fidelity Advisor Leveraged Co Stk, Fidelity Advisor Mid Cap, Fidelity Advisor Mortgage Secs, Fidelity Advisor Municipal Inc, Fidelity Advisor Natural, Fidelity Advisor Overseas, Fidelity Advisor Real Estate, Fidelity Advisor Short Fixed-Inc, Fidelity Advisor Small Cap, Fidelity Advisor Strat Gr, Fidelity Advisor Strategic Income, Fidelity Advisor Technology, Fidelity Advisor Telecomm & Util Gr, Fidelity Advisor Value Strat, Fidelity Floating Rate High Income*

I further certify that on May 18, 2006, the foregoing was served by certified mail, return receipt requested, upon:

>Donna C. Huffman
>122 Vista View
>Ozawkie, Kansas 66070
>
>*Plaintiff*

　　　　　　　　　　　　　　　　　　*/s/ Daniel Bukovac*
　　　　　　　　　　　　　　　　　　Attorney for ADP Defendants