IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA HUFFMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMATIC DATA PROCESSING, INC., et al., <br><br> Defendants. | Case No. 05-01205-GAF |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY
AND OTHER DEADLINES**

Now pending before the Court is the parties' Joint Motion for Extension of Stay and Other Deadlines. For good cause shown, it is

ORDERED as follows:

1. The stay of the above referenced case is extended to and including June 30, 2006;

2. The plaintiff is granted an extension of time to and including June 30, 2006, within which to retain new counsel;

3. The parties' proposed scheduling order is due to be filed on or before July 12, 2006, or ten days after plaintiff's new counsel files an entry of appearance; and

4. The Fidelity defendants, the ADP defendants and the Fund Defendants are granted an extension of time to and including July 12, 2006, within which to answer or otherwise respond to the Complaint.

*/s/*Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

Dated: May 18, 2006