# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUFFMAN, | ) | |
| Individually and on Behalf of All | ) | |
| Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05-01205GAF |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOMATIC DATA PROCESSING, INC. | ) | |
| et al., | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF DEFENDANT JAMES P. BLAKE WITH PREJUDICE AND FOR RETENTION OF COURT'S JURISDICTION FOR EXPUNGEMENT RELIEF

IT IS HEREBY STIPULATED AND AGREED UPON, AND JOINTLY REQUESTED, BY AND AMONG THE PARTIES that, pursuant to Rule 41(a)(1)(ii), all claims of plaintiff Donna Huffman ("Plaintiff") against defendant James P. Blake ("Defendant Blake") be dismissed with prejudice, that the stay of this action be lifted, that Plaintiff, having dismissed all of her claims, be relieved of any requirement to retain new counsel or to submit a scheduling order in this action, and that that the Court retain jurisdiction over this action for the purpose of considering expungement relief, including a motion for such relief to be filed in this action by defendant James P. Blake and a motion to join NASD as a party to this action pursuant to NASD Rule 2130.

Respectfully submitted,

_____/s/Donna Huffman_____
PLAINTIFF DONNA HUFFMAN, pro se
122 Vista View
Ozawkie, Kansas 66070

BLACKWELL SANDERS PEPER MARTIN, LLP

By:    _/s/ James D. Griffin_____
              James D. Griffin  MO Bar #: 33370
              4801 Main Street, Suite 1000
              Kansas City, Missouri  64112
              Telephone:    (816) 983-8000
              Facsimile:      (816) 983-8080

ATTORNEYS FOR DEFENDANTS FIDELITY
DISTRIBUTORS, INC., FIDELITY MANAGEMENT &
RESEARCH COMPANY, FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS COMPANY, INC.,
FIDELITY MANAGEMENT TRUST COMPANY AND
EDWARD C. JOHNSON


STINSON MORRISON HECKER LLP

By:    _/s/Daniel Bukovac_____
              Daniel Bukovac          MO Bar #33456
              1201 Walnut Street, 25th Floor
              Kansas City, Missouri 64106
              Telephone:  (816) 842-8600
              Facsimile:  (816) 691-3495

ATTORNEYS FOR DEFENDANTS
AUTOMATIC DATA PROCESSING, INC.,
ADP, INC., ADP BROKER-DEALER, INC., ADP
INVESTOR COMMUNICATION SERVICES, INC.,
ARTHUR F. WEINBACH, JAMES P. BLAKE AND
RUSSELL P. FRADIN

Case 4:05-cv-01205-GAF   Document 78   Filed 08/21/06   Page 2 of 5

SHUGHART THOMSON & KILROY, P.C.

By:  /s/R. Lawrence Ward
      R. Lawrence Ward    MO Bar #17343
      James M. Humphrey  MO Bar #50200
      Twelve Wyandotte Plaza, Suite 1700
      120 W. 12th Street
      Kansas City, MO  64105
      Telephone:  (816) 421-3355
      Facsimile:  (816 374-0509

ATTORNEYS FOR DEFENDANTS
FIDELITY ADVISOR ASSET ALLOCATION, FIDELITY
ADVISOR BALANCED, FIDELITY ADVISOR
BIOTECHNOLOGY, FIDELITY ADVISOR CONSUMER
INDST, FIDELITY CYCLICAL INDST, FIDELITY ADVISOR
DEVELOPING COMM, FIDELITY ADVISOR DIVERSIFIED
INTL, FIDELITY ADVISOR DIVIDEND GROWTH,
FIDELITY ADVISOR DYNAMIC CAP APP, FIDELITY
ADVISOR ELECTRONICS, FIDELITY ADVISOR EMERG
MKTS INC, FIDELITY ADVISOR EMERGING ASIA,
FIDELITY ADVISOR EQUITY GROWTH, FIDELITY
ADVISOR EQUITY INCOME, FIDELITY ADVISOR
EQUITY VALUE, FIDELITY ADVISOR EUROPE CAP
APPREC, FIDELITY ADVISOR FIFTY, FIDELITY
ADVISOR FINANCIAL SVC, FIDELITY ADVISOR FLOAT
RATE HI INC, FIDELITY ADVISOR GLOBAL EQUITY,
FIDELITY ADVISOR GOVT INVESTMENT, FIDELITY
ADVISOR GROWTH & INCOME, FIDELITY ADVISOR
GROWTH OPPORT, FIDELITY ADVISOR HEALTH CARE,
FIDELITY ADVISOR HIGH INC ADVANT, FIDELITY
ADVISOR HIGH INCOME, FIDELITY ADVISOR INTERM
BOND, FIDELITY ADVISOR INTL CAPITAL APP,
FIDELITY ADVISOR JAPAN, FIDELITY ADVISOR
KOREA, FIDELITY ADVISOR LARGE CAP, FIDELITY
ADVISOR LATIN AMERICA, FIDELITY ADVISOR
LEVERAGED CO STK, FIDELITY ADVISOR MID CAP,
FIDELITY ADVISOR MORTGAGE SECS, FIDELITY
ADVISOR MUNICIPAL INC, FIDELITY ADVISOR
NATURAL, FIDELITY ADVISOR OVERSEAS, FIDELITY
ADVISOR REAL ESTATE, FIDELITY ADVISOR SHORT
FIXED-INC, FIDELITY ADVISOR SMALL CAP, FIDELITY
ADVISOR STRAT GR, FIDELITY ADVISOR STRATEGIC
INCOME, FIDELITY ADVISOR TECHNOLOGY, FIDELITY
ADVISOR TELECOMM & UTIL GR, FIDELITY ADVISOR
VALUE STRAT, FIDELITY FLOATING RATE HIGH
INCOME

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Griffin
BLACKWELL SANDERS PEPER MARTIN, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

*Attorneys for Defendants*
*Fidelity Distributors, Inc.*
*Fidelity Management & Research Company*
*Fidelity Investments Institutional Operations Company, Inc.*
*Fidelity Management Trust Company, and Edward C. Johnson*

R. Lawrence Ward     MO Bar #17343
James M. Humphrey   MO Bar #50200
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza, Suite 1700
120 W. 12th Street
Kansas City, MO 64105

*Attorneys for Defendants*
*Fidelity Advisor Asset Allocation, Fidelity Advisor Balanced, Fidelity Advisor Biotechnology, Fidelity Advisor Consumer Indst, Fidelity Cyclical Indst, Fidelity Advisor Developing Comm, Fidelity Advisor Diversified Intl, Fidelity Advisor Dividend Growth, Fidelity Advisor Dynamic Cap App, Fidelity Advisor Electronics, Fidelity Advisor Emerg Mkts Inc, Fidelity Advisor Emerging Asia, Fidelity Advisor Equity Growth, Fidelity Advisor Equity Income, Fidelity Advisor Equity Value, Fidelity Advisor Europe Cap Apprec, Fidelity Advisor Fifty, Fidelity Advisor Financial Svc, Fidelity Advisor Float Rate Hi Inc, Fidelity Advisor Global Equity, Fidelity Advisor Govt Investment, Fidelity Advisor Growth & Income, Fidelity Advisor Growth Opport, Fidelity Advisor Health Care, Fidelity Advisor High Inc Advant, Fidelity Advisor High Income, Fidelity Advisor Interm Bond, Fidelity Advisor Intl Capital App, Fidelity Advisor Japan, Fidelity Advisor Korea, Fidelity Advisor Large Cap, Fidelity Advisor Latin America, Fidelity Advisor Leveraged Co Stk, Fidelity Advisor Mid Cap, Fidelity Advisor Mortgage Secs, Fidelity Advisor Municipal Inc, Fidelity Advisor Natural, Fidelity Advisor Overseas, Fidelity Advisor Real Estate, Fidelity Advisor Short Fixed-Inc, Fidelity Advisor Small Cap, Fidelity Advisor Strat Gr, Fidelity Advisor Strategic Income, Fidelity Advisor Technology, Fidelity Advisor Telecomm & Util Gr, Fidelity Advisor Value Strat, Fidelity Floating Rate High Income*

4

I further certify that on August 21, 2006, the foregoing was served by U.S. mail, certified, return receipt requested, upon:

Donna C. Huffman, pro se
122 Vista View
Ozawkie, Kansas 66070

*Plaintiff*

_____*/s/ Daniel Bukovac*_____
Attorney for ADP Defendants