IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA HUFFMAN,<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC.<br>et al.,<br><br>Defendants. | Case No. 05-01205GAF |

**NOTICE OF DISMISSAL OF ADP BROKER-DEALER, INC., ADP INVESTOR COMMUNICATION SERVICES, INC., ADP, INC., AUTOMATIC DATA PROCESSING, INC., DELOITTE & TOUCHE, LLP, FIDELITY ADVISOR ASSET ALLOCATION, FIDELITY ADVISOR BALANCED, FIDELITY ADVISOR BIOTECHNOLOGY, FIDELITY ADVISOR CONSUMER INDUSTRY, FIDELITY ADVISOR CYCLICAL INDUSTRY, FIDELITY ADVISOR DEVELOPING COMM., FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL, FIDELITY ADVISOR DIVIDEND GROWTH, FIDELITY ADVISOR DYNAMIC CAP APP., FIDELITY ADVISOR ELECTRONICS, FIDELITY ADVISOR EMERGENCY MKTS. INC., FIDELITY ADVISOR EMERGING ASIA, FIDELITY ADVISOR EQUITY GROWTH, FIDELITY ADVISOR EQUITY INCOME, FIDELITY ADVISOR EQUITY VALUE, FIDELITY ADVISOR EUROPE CAP APPREC., FIDELITY ADVISOR FIFTY, FIDELITY ADVISOR FINANCIAL SERVICE, FIDELITY ADVISOR FLOAT RATE HI INC., FIDELITY ADVISOR GLOBAL EQUITY, FIDELITY ADVISOR GOVERNMENT INVESTMENT, FIDELITY ADVISOR GROWTH & INCOME, FIDELITY ADVISOR GROWTH OPPORTUNITY, FIDELITY ADVISOR HEALTH CARE, FIDELITY ADVISOR HIGH INC. ADVANT., FIDELITY ADVISOR HIGH INCOME, FIDELITY ADVISOR INTERM BOND, FIDELITY ADVISOR INTERNATIONAL CAPITAL APP., FIDELITY ADVISOR JAPAN, FIDELITY ADVISOR KOREA, FIDELITY ADVISOR LARGE CAP, FIDELITY ADVISOR LATIN AMERICA, FIDELITY ADVISOR LEVERAGED CO. STOCK, FIDELITY ADVISOR MID CAP, FIDELITY ADVISOR MORTGAGE SECS., FIDELITY ADVISOR MUNICIPAL INC., FIDELITY ADVISOR NATURAL, FIDELITY ADVISOR OVERSEAS, FIDELITY ADVISOR REAL ESTATE, FIDELITY ADVISOR SHORT FIXED-INC., FIDELITY ADVISOR SMALL CAP, FIDELITY ADVISOR STRAT. GR., FIDELITY ADVISOR STRATEGIC INCOME, FIDELITY ADVISOR TECHNOLOGY, FIDELITY ADVISOR TELECOMM & UTIL. GR., FIDELITY ADVISOR VALUE STRAT., FIDELITY DISTRIBUTORS, INC., FIDELITY FLOATING RATE HIGH INCOME, FIDELITY INVESTMENTS INTERNATIONAL OPERATIONS COMPANY, INC., FIDELITY MANAGEMENT & RESEARCH COMPANY, FIDELITY MANAGEMENT TRUST COMPANY, RUSSELL P. FRADIN, <u>EDWARD C. JOHNSON III, AND ARTHUR F. WEINBACH</u>**

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i), Plaintiff hereby dismisses her claims against ADP Broker-Dealer, Inc., ADP Investor Communications Services, Inc. ADP, Inc., Automatic Data Processing, Inc., Deloitte & Touche, LLP, Fidelity Advisor Asset Allocation, Fidelity Advisor Balanced, Fidelity Advisor Biotechnology, Fidelity Advisor Consumer Industry, Fidelity Advisor Cyclical Industry, Fidelity Advisor Developing Comm., Fidelity Advisor Diversified International, Fidelity Advisor Dividend Growth, Fidelity Advisor Dynamic Cap. App., Fidelity Advisor Electronics, Fidelity Advisor Emergency Mkts., Inc., Fidelity Advisor Emerging Asia, Fidelity Advisor Equity Growth, Fidelity Advisor Equity Income, Fidelity Advisor Equity Value, Fidelity Advisor Europe Cap. Apprec., Fidelity Advisor Fifty, Fidelity Advisor Financial Service, Fidelity Advisor Float Rate Hi Inc., Fidelity Advisor Global Equity, Fidelity Advisor Government Investment, Fidelity Advisor Growth & Income, Fidelity Advisor Growth Opportunity, Fidelity Advisor Health Care, Fidelity Advisor High Inc. Advant., Fidelity Advisor High Income, Fidelity Advisor Interm Bond, Fidelity Advisor International Capital App., Fidelity Advisor Japan, Fidelity Advisor Korea, Fidelity Advisor Large Cap., Fidelity Advisor Latin America, Fidelity Advisor Leveraged Co. Stock, Fidelity Advisor Mid Cap, Fidelity Advisor Mortgage Secs., Fidelity Advisor Municipal Inc., Fidelity Advisor Natural, Fidelity Advisor Overseas, Fidelity Advisor Real Estate, Fidelity Advisor Short Fixed-Inc., Fidelity Advisor Small Cap, Fidelity Advisor Strat. Gr., Fidelity Advisor Technology, Fidelity Advisor TeleComm & Util. GR., Fidelity Advisor Value Strat., Fidelity Distributors, Inc., Fidelity Floating Rate High Income, Fidelity Investments Institutional Operations Company, Inc., Fidelity Management & Research Company, Fidelity Management Trust Company, Russell P. Fradin, Edward C. Johnson, III, and Arthur F. Weinbach with prejudice.

2
6836564v6

Respectfully submitted,

*Donna C. Huffman* (signature)
Donna C. Huffman
122 Vista View
Ozawkie, Kansas 66070

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2006, I served the above by first-class mail addressed to:

James D. Griffin
BLACKWELL SANDERS PEPER MARTIN, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Daniel Bukovac                                by hand-delivery
Stinson Morrison Hecker LLP
1201 Walnut Street, 25th Floor
Kansas City, Missouri 64106

James P. Humphrey
R. Lawrence Ward
Shughart Thomson & Kilroy, PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, Missouri 64105-1929

Donna Huffman, Pro Se
122 Vista View
Ozawkie, Kansas 66070

*Daniel Bukovac* (signature)
Daniel Bukovac

3
6836564v6