IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUFFMAN, <br> Individually and on Behalf of All Others <br> Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMATIC DATA PROCESSING, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 05-01205-GAF |

**ORDER DISMISSING DEFENDANT JAMES P. BLAKE WITH PREJUDICE, RETAINING JURISDICTION FOR PURPOSE OF CONSIDERING EXPUNGEMENT RELIEF AND RELIEVING PLAINTIFF OF REQUIREMENT TO RETAIN NEW COUNSEL AND COMPLY WITH OTHER DEADLINES**

Now pending before the Court is the parties' Stipulation Of Dismissal Of Defendant James P. Blake With Prejudice And For Retention Of Court's Jurisdiction For Expungement Relief. For good cause shown, it is

ORDERED as follows:

1. The stay of this action is lifted;

2. Pursuant to Rule 41(a)(1)(ii), all claims of plaintiff Donna Huffman ("Plaintiff") against defendant James P. Blake ("Defendant Blake") are dismissed with prejudice;

3. Plaintiff, having dismissed all of her claims, is relieved of any requirement to retain new counsel or to submit a scheduling order in this action; and

4. On or before September 29, 2006, Defendant Blake may file a motion for expungement relief and a motion to join NASD as a party to this action pursuant to NASD Rule 2130; the Court shall retain jurisdiction over this action for the purpose of considering and conducting any proceedings related to such motions and requests for relief.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: August 22, 2006