IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-01205GAF |
| v. | ) ) | |
| AUTOMATIC DATA PROCESSING, INC. et al., | ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION IN SUPPORT OF MOTION FOR EXPUNGEMENT ORDER

In support of the motion of Defendant James P. Blake ("Blake") for an order directing National Association of Securities Dealers, Inc. ("NASD") to expunge information from the CRD system arising from Blake's dispute with Plaintiff Donna Huffman ("Huffman"), i.e., Huffman's claims against Blake in this action, Blake asserts, and NASD does not contest, the following:

1. On November 30, 2005, Huffman filed the Class Action Complaint for Violations of Federal Securities and Antitrust Laws ("Complaint"), commencing this action against Blake and various other defendants.

2. On November 15 and November 22, 2006, Blake filed his motion to join NASD as a party and his motion for expungement order, respectively.

3. In its Order, filed December 12, 2006, the Court granted Blake's motion to join NASD as a party to this action. On December 22, 2006, Blake served NASD's registered agent in the State of Missouri with copies of the Order mentioned above, Blake's motion to join NASD and supporting suggestions, and Blake's motion for expungement order and supporting suggestions.

4. Blake is a registered representative and principal associated with ADP Broker Dealer, Inc. ("ADPBD"), which is also a defendant in the action.

5. NASD conducted an investigation of the conduct of Blake and ADPBD alleged in the Complaint.

6. Blake has received and continues to receive a salary from ADP, Inc. and has never received any compensation in the form of commissions from ADP, Inc. or ADPBD.

7. Blake's role in ADPBD has not included and does not include drafting marketing and sales brochures, web pages, registration statements, mutual fund prospectuses or other documents that, according to Huffman's Complaint, allegedly did not provide adequate disclosures.

8. Blake was not involved in any alleged communications with Huffman.

9. Blake was not involved in establishing the alleged relationship between ADPBD and Fidelity nor in negotiating alleged contracts or terms between the companies described in Huffman's Complaint.

10. This Court has a sufficient basis for making findings of the type that are described in NASD Rule 2130(b)(1) and issuing an order directing NASD to expunge information from the CRD system arising from Blake's dispute with Huffman, i.e., Huffman's claims against Blake in this action.

STINSON MORRISON HECKER LLP

By: __/s/Daniel Bukovac_____
 Daniel Bukovac    MO Bar #33456
 1201 Walnut Street, 25th Floor
 Kansas City, Missouri 64106
 Telephone: (816) 842-8600
 Facsimile: (816) 691-3495

ATTORNEYS FOR DEFENDANT
JAMES P. BLAKE


 __/s/Terri L. Reicher_____
 Terri L. Reicher
 Associate General Counsel
 NASD Office of General Counsel
 1735 K Street, N.W.
 Washington, DC 20006
 Telephone: (202) 728-8967
 Facsimile: (202) 728-8894

ATTORNEY FOR NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> James D. Griffin
> BLACKWELL SANDERS PEPER MARTIN, LLP
> 4801 Main Street, Suite 1000
> Kansas City, Missouri 64112
>
> *Attorneys for Defendants*
> *Fidelity Distributors, Inc.*
> *Fidelity Management & Research Company*
> *Fidelity Investments Institutional Operations Company, Inc.*
> *Fidelity Management Trust Company, and Edward C. Johnson*
>
> R. Lawrence Ward
> James M. Humphrey
> SHUGHART THOMSON & KILROY, P.C.
> Twelve Wyandotte Plaza, Suite 1700
> 120 W. 12th Street
> Kansas City, MO 64105
>
> *Attorneys for Defendants*
> *Fidelity Advisor Asset Allocation, Fidelity Advisor Balanced, Fidelity Advisor Biotechnology, Fidelity Advisor Consumer Indst, Fidelity Cyclical Indst, Fidelity Advisor Developing Comm, Fidelity Advisor Diversified Intl, Fidelity Advisor Dividend Growth, Fidelity Advisor Dynamic Cap App, Fidelity Advisor Electronics, Fidelity Advisor Emerg Mkts Inc, Fidelity Advisor Emerging Asia, Fidelity Advisor Equity Growth, Fidelity Advisor Equity Income, Fidelity Advisor Equity Value, Fidelity Advisor Europe Cap Apprec, Fidelity Advisor Fifty, Fidelity Advisor Financial Svc, Fidelity Advisor Float Rate Hi Inc, Fidelity Advisor Global Equity, Fidelity Advisor Govt Investment, Fidelity Advisor Growth & Income, Fidelity Advisor Growth Opport, Fidelity Advisor Health Care, Fidelity Advisor High Inc Advant, Fidelity Advisor High Income, Fidelity Advisor Interm Bond, Fidelity Advisor Intl Capital App, Fidelity Advisor Japan, Fidelity Advisor Korea, Fidelity Advisor Large Cap, Fidelity Advisor Latin America, Fidelity Advisor Leveraged Co Stk, Fidelity Advisor Mid Cap, Fidelity Advisor Mortgage Secs, Fidelity Advisor Municipal Inc, Fidelity Advisor Natural, Fidelity Advisor Overseas, Fidelity Advisor Real Estate, Fidelity Advisor Short Fixed-Inc, Fidelity Advisor Small Cap, Fidelity Advisor Strat Gr, Fidelity Advisor Strategic Income, Fidelity Advisor Technology, Fidelity Advisor Telecomm & Util Gr, Fidelity Advisor Value Strat, Fidelity Floating Rate High Income*

I further certify that on January 8, 2007, the foregoing was served by mail upon:

>Donna C. Huffman
>122 Vista View
>Ozawkie, Kansas 66070
>
>*Plaintiff*
>
>Terri L. Reicher
>NASD Office of General Counsel
>1735 K Street, N.W.
>Washington, DC 20006
>
>*Attorney for National Association of Securities Dealers, Inc.*

                      */s/Daniel Bukovac*
                      Attorney for James P. Blake